NO. 07-07-0071-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 7, 2007
_____

ROQUE ARANDA, APPELLANT

V.

D. GLENN, LAW LIBRARIAN II, ET AL., APPELLEES
_____

POTTER COUNTY, HONORABLE HAL MINER, JUDGE
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Roque Aranda, filed a notice of appeal from a Prefiling Order - Vexatious Litigant, entered February 14, 2007. The clerk's record was filed on March 6, 2007, and there is not a reporter's record per the docketing statement filed by appellant. By letter dated July 3, 2007, the clerk of this court notified appellant that his brief was due June 4, 2007, but had yet to be filed. See TEX. R. APP. P. 38.6(a). The letter further advised appellant that the appeal would be subject to dismissal for want of prosecution if the brief, or a response reasonably explaining the failure to file a brief and showing that appellees

had not been injured by the delay, was not filed by July 13, 2007. No brief, motion for extension, or other response has been received.

Accordingly, we now dismiss the appeal for want of prosecution and failure to comply with a directive of the court. See TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


Mackey K. Hancock
Justice